THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADAM C. FLETCHER, Appellant. [852 NYS2d 877]—

Present—Smith, J.P., Centra, Fahey, Peradotto and Green, JJ.